UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT KAHN, et al. | : |
| Plaintiffs, | : Civil Action. |
| v. | : |
| | : 2:08-cv-05195-KSH-PS |
| PALISADES COLLECTION, LLC, et al. | : |
| Defendants. | : |

## ORDER

AND NOW, this __16th__ day of __September__, upon consideration of Plaintiffs' Notice of Motion to Strike to Defendant's Rule 68 Offer of Judgment and Plaintiffs' subsequent Notice of Acceptance of Defendant's Rule 68 Offer of Judgment, it is hereby ORDERED and DECREED that Plaintiffs' Notice of Motion to Strike Defendant's Rule 68 Offer of Judgment is moot and is dismissed on that basis.

BY THE COURT:

_Katharine S. Hayden_  J.

715266-1