PHILIP D. STERN & ASSOCIATES, LLC
697 Valley Street, Suite 2-D
Maplewood, NJ 07040
(973) 379-7500
Attorney of Record: Philip D. Stern
Attorneys for Plaintiffs, Robert Kahn, Silvana
Seraji, Robert H. Gardner Jr., Robert H.
Gardner Sr., Kyle Koch, Bradley Williams,
and all others similarly situated

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT KAHN, an individual; SILVANA SERAJI, an individual; ROBERT H. GARDNER JR., an individual; ROBERT H. GARDNER SR., an individual; KYLE KOCH, an individual; BRADLEY WILLIAMS, an individual; on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>       vs.<br><br>PALISADES COLLECTION, LLC, a Delaware Limited Liability Company; and JOHN AND JANE DOES NUMBERS 1 THROUGH 25, BEING FICTITIOUS NAMES OF UNIDENTIFIED PERSONS WHO CONTROL THE POLICIES AND PRACTICES INVOKED BY PALISADES COLLECTION, LLC,<br><br>                Defendants. | Case 2:08-cv-05195-KSH-PS<br><br>**NOTICE OF MOTION FOR FIXING AMOUNT OF COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES UNDER L.Civ.R. 54.2** |

TO:   Jonathan J. Greystone, Esq.          Manuel H. Newburger, Esq.
       George M. Vinci, Jr., Esq.            Barron, Newburger, Sinsley & Wier, PLLC
       Spector Gadon & Rosen, P.C.      1212 Guadalupe Street, Suite 102
       Seven Penn Center                     Austin TX 78701
       1635 Market Street, Seventh Floor
       Philadelphia PA 19103

       Attorneys for Defendant, Palisades Collection, LLC

Please take notice that, pursuant to Paragraph 7 of the Order [Dkt. Doc. 31], Plaintiffs hereby move to affix the amount of reasonable attorneys fees and costs at $37,294.95.

Plaintiffs rely on the Declarations of Philip D. Stern and Andrew T. Thomasson.

Statement Pursuant to L.Civ.R. 7.1(d)(4)

Please take further notice that no brief is submitted with this Motion as it is filed under L.Civ.R. 54.1 which requires the submission of an affidavit and not under L.Civ.R. 7.1. To the extent this Motion is deemed to be field under L.Civ.R. 7.1, Plaintiffs submit that no brief is necessary as (A) it has already been adjudicated pursuant to the accepted offer of judgment [Dkt.Doc. 25] and the judgment [Dkt.Doc. 31] and (B) there is no dispute that the computation of attorneys' fees is based on lodestar (i.e., hours expended multiplied by an hourly rate).

**PHILIP D. STERN & ASSOCIATES, LLC**
Attorneys for Plaintiffs, Robert Kahn, Silvana Seraji, Robert H. Gardner Jr., Robert H. Gardner Sr., Kyle Koch, Bradley Williams, and all others similarly situated

*s/Philip D. Stern*
Philip D. Stern

Dated: January 21, 2010