# PHILIP D. STERN & ASSOCIATES, LLC
A T T O R N E Y S   A T   L A W

PHILIP D. STERN ▪ *Member* ▪ *NJ & DC Bars*
   *pstern@philipstern.com*
WILLIAM F. HORN ▪ *Of Counsel* ▪ *NY Bar*
   *whornlegal@gmail.com*
ANDREW T. THOMASSON ▪ *Law Clerk*
   *athomasson@philipstern.com*

697 VALLEY STREET, SUITE 2-D
MAPLEWOOD, NJ 07040-2642

*www.philipstern.com*

*tel*   (973) 379-7500
*fax*   (973) 532-0866

March 12, 2010

Katharine S. Hayden, U.S.D.J.
United States District Court
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101-0999

Re:   Robert Kahn, et al. vs. Palisades Collection, LLC
      Case No.: 2:08-cv-05195-KSH-PS

Dear Judge Hayden,

As Your Honor may recall, judgment was entered on December 22, 2009 [Doc. 31]. Pending are two post-judgment fee motions [Doc. 32 and 33]. Based on the adjournment order [Doc. 37], opposition papers would be due on March 15, 2010.

I am pleased to advise that the parties have resolved all remaining issues in this case. We expect to file a consent order or stipulation and would have no objection to the entry of a "60-day Order."

Thank you for your consideration in this matter.

Respectfully,
*s/Philip D. Stern*
Philip D. Stern
*via ECF*
cc:   Manuel H. Newburger, Esq., Barron & Newburger, P.C. *via ECF*
      Jonathan J. Greystone, Esq., Spector Gadon & Rosen P.C. *via ECF*
      George M. Vinci, Jr., Esq., Spector Gadon & Rosen, P.C. *via ECF*