

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT KAHN, an individual; *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> PALISADES COLLECTION, LLC, a Delaware Limited Liability Company; *et al.*, <br><br> Defendants. | Civil Action No. 2:08-cv-05195-KSH-PS <br><br> **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs, hereby stipulate to and give notice of dismissal of the above-entitled action with prejudice as to themselves and without prejudice as to the rights of the unnamed putative class members, without further costs, disbursements, attorney's fees, or expenses to or against any party.

**IT IS SO STIPULATED** this 19th Day of May 2010.

**PHILIP D. STERN & ASSOCIATES, LLC**

By: *s/ Philip D. Stern*
    Philip D. Stern, Esq.
    *Attorneys for all Plaintiffs*

**SPECTOR, GADON & ROSEN, P.C.**

By: *s/George M. Vinci, Jr.*
    George M. Vinci Jr., Esq.
    *Attorneys for Defendant, Palisades Collection, LLC*

**IT IS SO ORDERED:**

_____
HON. KATHARINE S. HAYDEN
United States District Court Judge